F I L E D
Clerk
District Court
MAY 07 2018
for the Northern Mariana Islands
By_____
(Deputy Clerk)
MC 18-00008

From: Yanbai Andrea Wang <yawang@law.stanford.edu>
To: usdcnmi@nmid.uscourts.gov
Date: 05/06/2018 10:22 AM
Subject: PACER fee exemption request

Dear Chief Judge Maglona,

I am an academic researcher at Stanford Law School. I'm writing to request an exemption from PACER user access fees for the District of The Northern Mariana Islands to conduct the below-described scholarly research.

The Judicial Conference of the United States has promulgated rules expressly authorizing courts to grant PACER fee waivers for academic research. Under those rules, issued in accordance with 28 U.S.C. § 1913, "[c]ourts may exempt certain person or classes of persons"—including "individual researchers associated with educational institutions"—"from payment of the user access fee." *See* U.S. Judicial Conference, Electronic Public Access Fee Schedules 3 (effective Apr. 1, 2013), available at http://pacer.psc.uscourts.gov/documents/epa_feesched.pdf; *see also* 28 U.S.C. § 1913. I am attaching the linked document with the relevant language highlighted on page 3.

The scholarly project for which I am seeking this fee exemption is limited in scope to a handful of legal doctrines concerning litigation involving foreign parties. Most prominently, I am collecting data on 28 U.S.C. § 1782, which governs the provision of discovery assistance to foreign and international tribunals. I anticipate that this research project will take approximately two years, and request that the fee waiver extend from the present until April 30, 2020.

My research aims to improve the administration of justice across borders. I have not received any grants or awards supporting this research, and thus need the fee exemption to avoid unreasonable financial burden. I am attaching an example of an order I have received from another district court granting my request. My PACER account number is 5554355.

Please let me know if I can provide any further information. You can reach me by email at yawang@law.stanford.edu or by cell phone at (650) 353-8162.

Sincerely,

**Yanbai Andrea Wang**
Thomas C. Grey Fellow and Lecturer in Law
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305-8610
Office: (650) 723-9212
Cell: (650) 353-8162[attachment "Electronic Public Access Fee Schedule.pdf" deleted by Richard C Miller/MPD/09/USCOURTS] [attachment "Order PACER fee exempt Wang_Stanford.pdf" deleted by Richard C Miller/MPD/09/USCOURTS]